January 17, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JASON D. KRAUS, Appellant

NO. 14-12-00533-CV                    V.

TZACHAR HARARI, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 9, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.